Kenneth Powell
P/F    vs.
Def's Trevor Wilson
Andrew Edwards
C/O Doolin
Major Susan Prentice
Dr. Andrew Tilden

NO.

SCANNED at PCC and E-Mailed
03.14.17 (date) by JD (initials)
13 (# of pages)

Now comes the plaintiff Kenneth Powell pro-se in this matter brings this complaint pursuant to 42 U.S.C. 1983, and 28 U.S.C under color of Law of Rights Guaranteed By the U.S.C.

The plaintiff is an inmate at the Pontiac C.C (P.C.C) where the events took place and his current address is P.O Box 99, Pontiac, Il, 61764

The Defendants Names and address are Below.
Trevor Wilson is a correctional guard (C/O) at (P.C.C) the Pontiac C.C His address is P.O Box 99, Pontiac, Il, 61764

Andrew Edwards is a C/O at the P.C.C His address is P.O Box 99, Pontiac, Il, 61764

Doolin is a C/O at the P.C.C His address is P.O Box 99, Pontiac, Il, 61764

Major Prentice is the Major of the P.C.C. Her address is P.O Box 99, Pontiac, Il, 61764

* ANDrew tilden is A Doctor at the P.CC His address is P.o Box 99, Pontiac. Il, 61764.

This plaintiff has exhausted all of his available administrative Remedies. meaning filing a grievance to the warden then to springfield (A.R.6)

This plaintiff has No litigation history, or Have No complaints (such as this one) in state or federal court

### Jurisdiction

This court has Jurisdiction over this action Pursuant to 28 U.S.C. section 1331 and 1343 This court also Exercises Jurisdiction over this plaintiffs tort claims thats incorporated with the federal 1983 claims.

### Venue

This cause of action arose in the central district of Illinois, therfor venue is proper under section 1391

## Introduction

This complaint is Brought against all defendants mentioned. for individual defendants using excessive force for no penological Justification By punching and kneeing this plaintiff while in Hand cuffs and shackles. Also for Assault & Battery. against individual Defendants for failure to protect interfering with Plaintiff medical treatment, and for Deleberate indifference to a serious medical need.

## ~~Spec~~ Spicifically

1. On 7-25-16 while Being escorted from the yard in hand cuffs and shackles By c/o Doolin, to the north cell house. after coming through the front door and making a left turn into a hallway. the Defendant trevor wilson, who was standing in the Hallway, repeatedly punched this plaintiff in his head with a closed fist, causing this plaintff to fall to the floor where defendant wilson commenced to kneeing the plaintiff in his face several times which was unprovoked and was done maliciously and sadistically and done to cause harm to this plaintiff Right under surveillance camera's.

2. As the defendant punched and kneed this plaintiff the defendants Doolen and Edwards stood along side and or 3 feet away and watched this plaintiff being assaulted, doing nothing to stop the assault while this plaintiff screamed for help

3. after the defendant was done assaulting this plaintiff as the plaintiff was being escorted to the cell The defendant Suson Prentice had this plaintiff to sit in cage, this plaintiff then informed Prentice where the assault took place

4. while waiting in the cage Nurses Laura and Misty appeared some time later once approched this plaintiff told both nurses that his face hurts badly, this plaintiff had knots and blood on his face and his wrist was bloody from the hand cuffs snatching skin off his wrist during the assault

5. Nurse Laura wrote something down on a sheet of paper then said you need to be brought to the Health care unit (H.C.U) for a full body examination by the Doctor and to have your face and wrist cleaned, then the defendant Suson Prentice who was standing near by said NO. I am Not letting him leave this cell house, and did not allow her subordinates to escort the plaintiff to the H.C.U prescribed this plaintiff pain medication for

10. Count I. Section 1983 8th Amendment U.S.C cruel and unusual punish. excessive use of force

11. This plaintiff realleges paragraphs 1-11 of this complaint and incorporates all counts

12. The defendants assaulted this plaintiff void of any penological justification causing this plaintiff severe injuries

13. Count II failure to protect
This plaintiff realleges paragraphs 1-13 of this complaint and incorporates all counts.

14. The individual Defendants stood and watched this plaintiff being assaulted and did nothing to intervene

15. The assault was done void of any penological justification

16. This plaintiff has exhausted his remedies concerning this complaint

17. Count III State tort Assault
This plaintiff realleges paragraphs 1-17 of this complaint and incorporates all counts.

18. The individual defendant assaulted this plaintiff for no penological justification and put his hands on this plaintiff to cause harm which was not apart of his Job

Discription

19. As a Result of the defendants actions this plaintiff suffers injuries
20. this plaintiff Has Exhausted His administrative Remedies concerning this Complaint

21. Count 4 Battery State tort
22. This plaintiff realleges paragraphs 1-22 of this complaint and incorporates all counts
23. this plaintiff was touched (Harmfully) with out His concent By the Defendent
24. the Defendant committed Battery against this plaintiff beating Him for No Penological Justification and the Battery was Not apart of the Defendents Job Discruption
25. this plaintiff Suffers injuries
26. This plaintiff Has Exhausted His administrative Remedies concerning this complaint

27. Count 5 Section 1983 Deleberate indifference to a Serious medical Need
28.) The individual defendant did Not allow this plaintiff to Be seen By a Doctor
29. The individual Defendant interfered in this plaintiff Receiving medical treatment

30. The individual defendant Refuse to medicate this plaintiff for injuries that even a lay person could Recognize

31. As a Result of the individuals actions & inaction this plaintiff suffered on going pain and Has Been injured

32. This plaintiff Has exhausted His administrative Remedies concerning this complaint.

The Defendants' Susan Prentice is all times Relevant to this suit, She is Sued in Her individual and official capacities

Trevor Wilson is all times Relevant to this suit, He is Sued in His individual and official capacities

C/o Doalin first Name unknown at this time is all times Relevant to this suit, He is sued in His individual and official capacities

Andrew Edwards is all times Relevant to this suit, He is Sued in His individual and official capacities

All of these individual defendants Job Duties are to protect the lives of Inmates while S. Prentice over

See the cell House overall she is also Held liable to protect the lives of Inmates

The defendant Doctor A. tilden is all times Relevant to this suit, He is sued in His individual and official capacities

The pontiac c.c. opporates under a code of Silence and Has a custom & practice of assaulting inmates and covering it up If a officer or pontiac c.c. staff oppose another staff for assaulting an inmate they would Be mistreated, called inmate Lovers and socially out casted By other officials. while this Plaintiff was Being assaulted the assault was captured on Surveillance camera's. AN internal investigator from the prison directors office come and interviewed this plaintiff some time later where plaintiff described the assault on him with the video footage being Reviewed. AN unknown investigator informed this plaintiff that He will Be Reading the defendants wilson His miranda Rights and concluded the interview. This interview was conducted on or about 8-31-16

The Plaintiff wrote a letter to the warden Melvin Describing and objecting to the Beating The surveillance camera was Review and showed much of the assault By Wilson. Plaintiff Requested to the internal affairs officer Mitchelin that the camera footage be preserved for up to 3yrs But Has not Received a Responce Pontiac Seg is a scary place to live Being in constant danger By the very same guards that are Suppose to protect them. This plaintiff suffers from a Serious mental illness and Has Been Diagnosed By a Doctor for His mental illness. This plaintiff futher suffers from Being in long term Segregation In the worse House in the Pontiac correctional center. This plaintiff is under stress and He is Being violated and therefor this plaintiff suffers a Serious injury. For the purpose of the existing footage capturing the assault This Plaintiff Has attached a motion to preserve.

## Relief Requested

This plaintiff seeks Damages against all defendants sued in there individual and official capacities

This plaintiff seeks 100,000 Jointly and serverly against all individual defendants

100,000  against S. Prentice
100,000  against A. Edward
100,000  against T. Wilson
100,000  against C/O Ocolin
100,000  against the Doctor A tilden

## Injunction Relief

1.) That there be Criminal charges Brought against the Defendant T. Wilson
2.) That This plaintiff is Removed from the Pontiac c.c
3.) That the defendants are ordered to add Procedural Protocal to lessen the use of unecessary use of excessive force

5.) what ever else this court seem equitable and just
6.) That the defendants are ordered to pay all Reasonable attorney fees
7.) That the defendants are ordered to pay all Reasonable court fees
8.) That this Plaintiff is Removed away from all mentioned Defendants
9.) ~~Also~~ that the Plaintiff is able to Report Directly to a Judge, Lawyer or federal monitor & If any of the Defendants attempts to Retitiate assault or Harass this Plaintiff

This Plaintiff Request/Demands a trial By Jury

Kenneth Powell #
P.O Box 99
Pontiac, Il, 61764

Respectfully Submitted
By *Kenneth Powell*
B66010  3-12-17

Pro-se Plaintiff

Certificate of Service

I certify that on 3-12-17 I Have used the e-filing system at the P.C.C and Has foward the attached 1983 complaint and the motion to preserve evidence and fowarded the same to the courts

very truly yours
Kenneth Powell
B66010

P. Box 99
Pontiac. Il, 61764