E-FILED

Monday, 19 November, 2018  11:26:44 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### for the
### Central District of Illinois

| | | |
|---|---|---|
| **Kenneth Powell** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case Number: 17-1114** |
| | ) | |
| **Trevor Wilson, Donald Doolin** | ) | |
| **Susan Prentice, Andrew Tilden** | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is DISMISSED WITHOUT PREJUDICE.

**Dated: 11/19/2018**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

